**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6022**

---

UNITED STATES OF AMERICA,

Respondent - Appellee,

versus

VADEN LEE WILLIAMS,

Petitioner - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CR-91-70)

---

Submitted: April 29, 2002          Decided: June 17, 2002

---

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Vaden Lee Williams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vaden Lee Williams appeals the district court's order denying his petition to modify the terms of his supervised release pursuant to 18 U.S.C.A. § 3583(e)(1) (West 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Williams, No. CR-91-70 (E.D. Va. Nov. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED